No. 772. NOLAND, TRUSTEE, *v.* WESTOVER, COLLECTOR, UNITED STATES TREASURY DEPARTMENT, ET AL. C. A. 9th

Cir. Certiorari denied. Petitioner *pro se. Solicitor General Perlman* for respondents.

